PO BOX 1391
SOUTHGATE, MI 48195-0391


**DCI DIVERSIFIED CONSULTANTS, INC.**

01/16/18

Creditor: COMCAST
Account Number: 8495753921861984
Agency Reference Number: 64876137
Current Balance: $122.97

Jamellah Abraham
2925 NW 130th Ave Apt 217
Sunrise, FL 33323-3071

This notice is to inform you that your account with COMCAST has been referred to our office for collections.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Calls to or from this company may be monitored or recorded.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.

Sincerely,

Diversified Consultants, Inc.
PO Box 551268
Jacksonville, FL 32255-1268
888-982-7098

 Toll Free: 888-982-7098

 Hours of Operation:
Monday – Thursday:  8 AM – 11 PM EST
Friday:                         8 AM – 10 PM EST
Saturday:                    9 AM – 4 PM EST

 Pay Your Bill Online at:
www.dcicollect.com

DCI\00103\237334349212                                                                                         7800\0006647\0025

---

Detach and Return with Payment                                                                                00103

**To pay by credit card, please complete the information below:**        **Amount Due: $122.97**

Check One:       ☐ VISA    ☐ MasterCard    ☐ AMEX    ☐ Check

Card Number: ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐                            **Amount Submitted:**

Expiration Date: ☐☐☐☐    CCV#: ☐☐☐    Last 3 digits on back of card           $ ☐☐☐☐☐.☐☐

Signature of Cardholder: _____

Cardholder Name: _____
Cardholder Billing Address:
_____
_____

Creditor: COMCAST
Account Number: 8495753921861984
Agency Reference Number: 64876137
Current Balance: $122.97

DIVERSIFIED CONSULTANTS, INC.
PO BOX 551268
JACKSONVILLE, FL 32255-1268

888-982-7098

